IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CONTRENA LOYD																					PLAINTIFF

VS.																					CIVIL ACTION NO. 3:21CV197

COMO CONSOLIDATED GIN COMPANY, INC., ET AL.							DEFENDANTS

ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 1st day of December 2021.

/s/ MICHAEL P. MILLS
SENIOR U. S. DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI